### MITCHELL v. STATE.

No. 19058.

Court of Criminal Appeals of Texas.

June 2, 1937.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for fifteen years.

The indictment appears regular. The record is before us without bills of exception or statement of facts.

No error having been perceived or pointed out, the judgment of the trial court is affirmed.